# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NUMBER** |
| PLAINTIFF | 2:26-cr-00368-JFW |
| v. | |
| Prentice Moreland | **NOTICE OF JURISDICTION/ TREATY TRANSFER-IN** |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the

☑ supervised release

☐ probation

☐ treaty

transfer-in for the case referred to above.

The matter has been assigned to United States ☑ District Judge _____John F. Walter_____

☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

_____6/8/2026_____

Date

By: _K. Martinez (213) 894-8288_

Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (1/24)                    **NOTICE OF JURISDICTION / TREATY TRANSFER-IN**